# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

RECEIVED
SDNY PRO SE OFFICE
2023 JAN -5 PM 1:19

Wilfredo Torres

_____

_____
Write the full name of each plaintiff.

_____CV_____
(Include case number if one has been assigned)

-against-

The Blackstone Group, et al.

_____

_____

_____

_____
Write the full name of each defendant. If you need more space, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section II.

## COMPLAINT

Do you want a jury trial?
☒ Yes   ☐ No

---

### NOTICE

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

## I.    BASIS FOR JURISDICTION

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation, and the amount in controversy is more than $75,000, is a diversity case. In a diversity case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal-court jurisdiction in your case?

☑   **Federal Question**

☐   **Diversity of Citizenship**

### A.   If you checked Federal Question

Which of your federal constitutional or federal statutory rights have been violated?

Right to a fair trial.

### B.   If you checked Diversity of Citizenship

#### 1.   Citizenship of the parties

Of what State is each party a citizen?

The plaintiff , _____ , is a citizen of the State of
            (Plaintiff's name)

_____
(State in which the person resides and intends to remain.)

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____.

If more than one plaintiff is named in the complaint, attach additional pages providing information for each additional plaintiff.

If the defendant is an individual:

The defendant, _____, is a citizen of the State of
                (Defendant's name)

_____

or, if not lawfully admitted for permanent residence in the United States, a citizen or
subject of the foreign state of

_____.

If the defendant is a corporation:

The defendant, _____, is incorporated under the laws of

the State of _____

and has its principal place of business in the State of _____

or is incorporated under the laws of (foreign state) _____

and has its principal place of business in _____.

If more than one defendant is named in the complaint, attach additional pages providing
information for each additional defendant.

## II.  PARTIES

### A.  Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional
pages if needed.

Wilfredo Torres
_____

First Name                Middle Initial         Last Name

470 Second Avenue  Apt. 2A
_____

Street Address

New York, N.Y. 10016
_____

County, City                    State         Zip Code

212-447-1737
_____

Telephone Number                  Email Address (if available)

Page 3

## B.  Defendant Information

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. Attach additional pages if needed.

Defendant 1:    The Blackstone Group
_____
First Name                         Last Name

Current Job Title (or other identifying information)
345 Park Avenue
_____
Current Work Address (or other address where defendant may be served)
New York, N,Y, 10154
_____
County, City                    State              Zip Code

Defendant 2:    U.S. Department of Justice    (Federal Bureau of Investigation)
_____
First Name                         Last Name

Current Job Title (or other identifying information)
950 Pennsylvania Avenue, NW
_____
Current Work Address (or other address where defendant may be served)
Washington, DC 20530
_____
County, City                    State              Zip Code

Defendant 3:    Elijah Smalls--Julia Rodriguez
_____
First Name                         Last Name
Building General Manager and Building Assistant Manager
_____
Current Job Title (or other identifying information)
480 Second Avenue   Suite 8D
_____
Current Work Address (or other address where defendant may be served)
New York, N.Y. 100016
_____
County, City                    State              Zip Code

Page 4

Defendant 4:

Copley Coffe 1, LLC  (Dunkin Donuts)

First Name                          Last Name

Current Job Title (or other identifying information)
476 Second Avenue

Current Work Address (or other address where defendant may be served)
New York, N.Y. 10016

County, City                        State            Zip Code

## III. STATEMENT OF CLAIM

Place(s) of occurrence:   476 Second Avenue and 470 Second Avenue, N.Y. N.Y. 10016

Date(s) of occurrence:   6-12-2022, 6-19-2022, 6-29-2022, 10-02-2022.

## FACTS:

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and what each defendant personally did or failed to do that harmed you. Attach additional pages if needed.

See attached.

**INJURIES:**

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

PTSD, heart disease, asthma, requiring medical tretament and medication.

## IV. RELIEF

State briefly what money damages or other relief you want the court to order.

Indemnization in the amount of ten-million dollars ($10,000.000.00).

## V. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

| | |
|---|---|
| January 5, 2023 | *Wilfredo Torres* |
| Dated | Plaintiff's Signature |
| Wilfredo Torres | |
| First Name          Middle Initial | Last Name |
| 470 Second Avenue  Apt. 2A | |
| Street Address | |
| New York, N.Y. 10016 | |
| County, City | State          Zip Code |
| 212-447-1737 | |
| Telephone Number | Email Address (if available) |

I have read the Pro Se (Nonprisoner) Consent to Receive Documents Electronically:
☑ Yes   ☐ No

    If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.

Facts:

1---I am erroneously included in the terrorists list of the United States government, and as such am persecuted, tortured, and denied due process of law by the Courts. Exhibit 1.

2---The government of the United States publicly accepts that its own Central Intelligence Agency ("CIA"), as enforcers of the Deep State, bombed and destroyed the World Trade Center on September 11, 2001 ("9-11"); slaughtered over 3,000 people almost at front of the federal courthouse; blamed others; massacred over 1-million innocent men, women and children in the Middle East; got both political parties to pass the Orwellian Patriot Act which includes a secret and omnipotent court called Foreign Intelligence Surveillance Court (FISC); assigns $1 trillion yearly to the military-industrial complex and the fake "war on terror"; and replaced the U.S. Constitution for a police-state. Exhibits 2,3,4,5,6.

3---On 6-08-2015, 7-13-2015, and 8-02-2015 I sent letters to then President Barack Obama, Secretary of State John Kerry, Attorney General Loretta Lynch, Senator Charles Schumer, Senator Kirsten Gillibrand, and Congresswoman Carolyn Maloney denouncing the Deep State-CIA-FBI COINTELPRO domestic assassinations program and demanding release of my file.

4---On 9-28-2015 they retaliated by ordering CIA-FBI-COINTELPRO agents, assisted by my Landlord Bellevue South Associates ("BSA") (employee Zeijo Drogalic), to break the door of the apartment and conduct a warrantless raid to kill me.

I was not arrested or charged with a crime.

-2-

5---They left a handwritten note with the word "intel", and the name of CIA terrorist-U.S. Department of Homeland Security Regional Director-NYC Department of Buildings (DOB) Inspector General, Dennis McGowan, as the mastermind.

6---Although they called the raid "a wellness-check" related to complaints that I had made against an illegal coal oven and chimney located 50-feet from my window, their real motive was my inclusion in the federal terrorists list which targets millions of Americans and their families.

7---Despite having already filed civil rights lawsuit 16CV6332 in this court about that incident, the CIA-FBI-COINTELPRO agents, and BSA (Mr. Elijah Smalls), returned on 4-28-2016, broke the door of the apartment, conducted a warrantless raid, handcuffed, kidnapped, took me by ambulance to HHC Bellevue Hospital, tortured, drugged, and conducted invasive medical tests. I was not arrested or charged with a crime.

8---Years before, BSA had used public funds to construct as affordable housing our residential complex, Kips Bay Court, and on about December 1, 2016 sold it to The Blackstone Group ("Blackstone") which obtained a massive government loan to purchase it and turn it to luxury housing; Blackstone continued the employment of Mr. Drogalic and Mr. Smalls. Exhibit 7.

9---There is a Dunkin Donuts store at 476 Second Avenue, New York, N.Y. 10016, immediately below my second-floor apartment.

10---It was owned by East Side DD 103, LLC, and is now owned by Copley Coffe 1, LLC.

-3-

11---In about the year 2010, East Side DD 103, LLC allowed CIA-FBI-COINTELPRO agents to

maliciously install vibratory and noisy machines to transmit severe vibration and noise        to

my apartment.

12---I filed lawsuit 108067/2011 at the NYS Supreme Court, and although the attack was by

the CIA-FBI-COINTELPRO, on October 29, 2015 East Side DD 103, LLC covered for them and

settled for one-hundred and forty thousand dollars ($140,000.00).

13---On 6-11-2022 at 11:51PM, Mr. Elijah Smalls accompanied by an FBI agent, and another

man, opened a hole in the ceiling of the Dunkin Donuts store (the floor of my apartment),

used heavy drilling machines, flooded my apartment with a strange-smelling liquid, caused me

illnesses, damaged my legal files, and ruined the wooden floor. Exhibits. 8,9,10.

14---The Geneva Convention prohibits the use of chemical and biological weapons.

15---On 7-07-2022, the NYC Housing Preservation and Development ("HPD") issued a violation

against Blackstone because of the damaged floor. Exhibit 11.

16---On 9-08-2022, Blackstone repaired the floor, and HPD vacated the violation.

17---On 10-02-2022, Blackstone flooded the apartment again, ruining the new floor. Exhibit 12.

18---In another example of Blackstone's attempts to sabotage my right to a fair trial in pending

lawsuits, case SDNY 18CV6434, W. Torres vs The Blackstone Group, details how Mr. Smalls

and his assistant, Julia Rodriguez, systematically steal my legal mail. Exhibit 13.

-4-

19---At present Blackstone holds a 275-page time-sensitive legal document mailed to me on

10-03-2022 by the Supreme Court of the United States.

20---In his role as peon of the FBI-CIA-COINTELPRO's domestic assassinations program,

Mr. Elijah Smalls took a biometric face recognition photograph of me, falsely claiming that it

was required by HPD.


CONCLUSION:

The CIA-FBI-COINTELPRO's domestic assassinations program, The Blackstone Group, and

Dunkin Donuts violate my civil rights under the Constitution of the United States, especially the

right to a fair trial.



Wilfredo Torres

Dated: January 5, 2023

DANIEL L. MEYERS
ATTORNEY-AT-LAW
350 BROADWAY, SUITE 308
NEW YORK, NY 10013
(212) 226-4106 (PHONE)
(212) 431-0107 (FAX)

May 23, 2006

Central Intelligence Agency
Information and Privacy Coordinator
Washington, D.C. 20505

Re: Freedom of Information Act Request
    On behalf of Mr. Wilfredo Torres

Dear Information and Privacy Coordinator:

Your undersigned is the attorney for Mr. Wilfredo Torres, who has, in writing, authorized me to request on his behalf certain records and information from your agency as more fully described below. (Attached is the duly notarized authorization).

This letter constitutes a request pursuant to the Freedom of Information Act, 5 U.S.C. § 552 ("FOIA"), and the Privacy Act, 5 U.S.C. § 552a ("PA"). Similar requests have been submitted to the Transportation Security Organization ("TSA"), the Department of Justice ("DOJ"), the Department of Homeland Security ("DHS"), the Federal Bureau of Investigation ("FBI") and the National Security Agency ("NSA").

The following personal information is submitted to specifically identify the party in interest:

- Mr. Wilfredo Torres;
- 470 Second Avenue, Apt. 2A
  New York, NY 10016;
- Date of birth, March 23, 1952;
- Place of birth, San Juan, Puerto Rico;
- Social Security number, 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.

For many years, including 2006, Mr. Torres travels frequently between New York and Puerto Rico. His principle travel purpose is to visit with family. He has been designated wrongfully, by your agency and/or in concert with other governmental agencies and/or the airlines, as a person who poses or is suspected of posing "a threat to civil aviation." As a



Press TV is targeted

# 'It was not Iraq. It were other people', says Trump

Home  ·  US  ·  Politics                    Mon Jun 17, 2019 03:25PM [Updated: Mon Jun 17, 2019 05:57PM ]



US President Donald Trump talked to ABC News' George Stephanopoulos on Sunday.

US President Donald Trump says he knows who was behind the September 11, 2001 terrorist attacks that left thousands of Americans dead.

In an exclusive interview with ABC News' George Stephanopoulos broadcast on Sunday, Trump categorically said that "Iraq did not knock down the World Trade Center."



**ACLU**    Published on *American Civil Liberties Union* (https://www.aclu.org)

# Terror Watch List Counter: A Million Plus [1]

**Why are there so many names on the U.S. government's terrorist list?**

In September 2007, the Inspector General of the Justice Department reported [2] that the Terrorist Screening Center (the FBI-administered organization that consolidates terrorist watch list information in the United States) had over 700,000 names in its database as of April 2007 - and that the list was growing by an average of over 20,000 records per month.[1] (See also this new March 2008 report [3].[2] )

By those numbers, the list now has over one million names on it. Terrorist watch lists must be tightly focused on true terrorists who pose a genuine threat. Bloated lists are bad because

- they ensnare many innocent travelers as suspected terrorists, and
- because they waste screeners' time and divert their energies [4] from looking for true terrorists.

Watch list main page [5]
Airline security page [6]

© 2019 ACLU

Source URL: https://www.aclu.org/other/terror-watch-list-counter-million-plus#comment-0

**Links**
[1] https://www.aclu.org/other/terror-watch-list-counter-million-plus
[2] http://www.usdoj.gov/oig/reports/FBI/a0741/final.pdf
[3] http://www.usdoj.gov/oig/reports/plus/a0816/final.pdf
[4] https://www.aclu.org/privacy/gen/26535res20060824.html
[5] https://www.aclu.org/technology-and-liberty/watch-lists
[6] https://www.aclu.org/technology-and-liberty/airline-security



Home   News   Programs   Documentaries   US

Tuesday Feb 18, 2014  12:01 PM GMT    www.liveleak.com/c/PressTV

Home · Video Reportages                                    Email   Print

# "US Terrorism List Violates US Civil Liberties"


Brazil to criminalize protests during Soccer World Cup


"US Terrorism List Violates US Civil Liberties"
3 hrs ago

Iran, P5+1 resume nuclear talks
4 hrs ago


Pressure rises on Greece to comply with €10.1bn bailout terms

Italy's president asks Matteo Renzi to form new government
5 hrs ago


Violence increases in Iraq
5 hrs ago

» See more Videos

## Poll

**Is the war against Syria's government a freedom-seeking battle, or a terrorist one?**

○ 1) It is a battle waged by freedom-seeking forces.
○ 2) It is a battle waged by foreign-backed terrorists.

The Federal Bureau of Investigation, the national policing agency of the United States, admits to having compiled a "Terrorist Screening Database" with the names of persons suspected or alleged to be involved in terrorism.

The list contains the names of over a million people, who have been convicted of no crime and given no chance to defend themselves.: One activity of the "Terrorism Screening Database" is the creation of the "No Fly List", which prevents thousands of people, including many US citizens, from boarding any aircraft. Once added to the list, things in their lives can become very difficult. Wilfredo Torres, suddenly found himself being subject to all kinds of harassment after he began protesting discrimination in travel policies. In one instance he was removed from a flight by airline officials. When Mr. Torres lawyer filed a request for information, the FBI revealed that it had collected over 100 pages of information about him. He now wants to have his name removed from the list. The FBI and other divisions of the US Department of Justice, have a long history of suppressing political dissidents over the last several decades. A law suit has been filed by the American Civil Liberties Union, in the hopes that courts will intervene, and halt the continued use of such lists.

Select Bitrate ▾

0

Caleb Maupin, Press TV, New York

Download | Embed

### Fact Corner



**Today   Last Week   Last Month**

Most Read    Most Commented

Most Shared    Most Watched


How to watch Press TV
» Read more


Zionists celebrate occupation of USA
» Read more


Free Syrian Army fires chief of staff
» Read more


'Fighting Takfiris worth sacrifice'
» Read more


Leader says not optimistic about N-talks
» Read more



### Related Stories:

UN to evacuate MKO terrorists from Iraq    Support for Canada-US National Security Cooperation declines



# Breakthrough: U.S. Attorney Agrees to Present Evidence of WTC Demolition to Federal Grand Jury

Finally, after 17 long years, the 9/11 Truth Movement has opened an avenue to prosecuting those responsible for the shocking destruction of the World Trade Center and the horrible loss of life that resulted.

In April 2018, the Lawyers' Committee for 9/11 Inquiry — together with more than a dozen 9/11 family members and with help from AE911Truth — filed a petition with the U.S. Attorney in Manhattan demanding that he present evidence of unprosecuted federal crimes at the World Trade Center to a special grand jury. Then, in November, came the big news: The U.S. Attorney notified the Lawyers' Committee (https://www.ae911truth.org/images/PDFs/US-Attorney-Letter-110718.pdf) in writing that he would comply with the provisions of 18 U.S.C. § 3332 requiring him to relay their report to a special grand jury.

Now the Lawyers' Committee and AE911Truth are working to ensure a *thorough and successful* grand jury investigation.



# September 29, 2015

**NYC Police Department**
**Attn. Commissioner William Bratton**
**1 Police Plaza**
**New York, N.Y. 10038**

**Mr. Commissioner:**

**As part of COINTELPRO, terrorists employed as policemen by your agency yesterday broke down the door of my apartment and conducted a search.**

**Please, stop NYPD terrorism.**

*Wilfredo Torres*
**Wilfredo Torres**
**470 Second Avenue  Apt. 2-A**
**New York, N.Y. 10016**
**Telephone: 212-447-1737**

**Cc:**

**Barack Obama, President of the U.S.A.**

**John Kerry, Secretary of State**

**Loretta Lynch, Attorney General**

# THE REAL DEAL
NEW YORK CITY REAL ESTATE NEWS

## Blackstone nears deal to buy Kips Bay Court for $620M

*900-unit former Mitchell-Lama complex is now entirely market-rate*
*August 17, 2016 03:05PM*
*By Mark Maurer* 



*Kips Bay Court and Jonathan Gray*

Blackstone Group is finalizing a deal to purchase the 894-unit market-rate rental complex Kips Bay Court for $620 million, or nearly $700,000 per unit, *The Real Deal* has learned. The transaction would be the city's largest multifamily deal so far this year.

Phipps Houses, an affordable housing developer, has owned the eight buildings, clustered between East 26th and 29th streets east of Second Avenue, since developing them in 1975. The complex, earlier known as Henry Phipps Plaza West, was constructed under the state's Mitchell-Lama housing program, which caps profits and rents. It exited the program more than a decade ago, and is now entirely market-rate.

Sources familiar with the negotiations said Kips Bay Court is expected to go under contract in the next week.

A CBRE team led by Darcy Stacom began marketing the complex for sale earlier this summer. An offering memorandum obtained by *TRD* in June states that the projected net operating income for 2017 is about $23.9 million, but that could grow to $41.6 million per year by 2027.

Though Section 8 tenants occupy close to 40 percent of Kips Bay Court's units, those federally subsidized apartments bring in nearly market-rate rents.

Since 2004, the number of Section 8 apartments has decreased from 651 to 344. The offering memo projects that by 2027, a landlord could reasonably expect just 69 to remain





RHM FORM CIV-14
(REV. 04/12)

THE CITY OF NEW YORK
DEPARTMENT OF HOUSING PRESERVATION AND DEVELOPMENT
DIVISION OF CODE ENFORCEMENT




**NYC**
Department of
Housing Preservation
& Development
nyc.gov/hpd

DCE/ MANHATTAN BORO OFFICE
94 Old Broadway
NEW YORK, NY10027

| BLDG ID | BORO | REG NO | HOUSE NO. | STREET NAME | NOV ID | PAGE |
|---------|------|--------|-----------|-------------|--------|------|
| 814336 | MN | 141773 | 470 | 2 AVENUE | 7968439 | 1 of 1 |

### NOTICE OF RECEIPT OF VIOLATION CERTIFICATION

| NAME AND ADDRESS |
|---|
| **TENANT OF  Apt. 2A**<br>470 2 AVENUE<br>NEW YORK, NY 10016 |

This is to notify you that the landlord of the above referenced building claims to have corrected the violations listed on this form.

**DO NOT RETURN THIS FORM IF ALL VIOLATIONS LISTED HERE HAVE BEEN CORRECTED.**

**IF ANY VIOLATION HAS NOT BEEN CORRECTED, EITHER,**

. Call the Code Enforcement Boro Office at 212-863-5030 to schedule an appointment for inspection OR

. Complete this form as follows:

. Circle the numbers of the violations you claim are uncorrected on the AGENCY COPY;

. Sign the claim of uncorrected violations at the bottom of the AGENCY COPY;

. Keep the OCCUPANT COPY of this notice or make a copy of the AGENCY COPY for your records; and

. Return the AGENCY COPY of this form within 5 days to the appropriate borough office at the address provided above

**Note:** You will receive a notice if an inspection by this department confirms that the violation(s) have not been corrected.

| VIOLATION NUMBER | ISSUE DATE | CLASS | VIOLATION DESCRIPTION | CORRECT BY | CORRECTION BY OWNER | CERTIFY BY |
|---|---|---|---|---|---|---|
| 15254627 | 07/07/2022 | A | § 27-2005 ADM CODE  PROPERLY REPAIR WITH SIMILAR MATERIAL THE BROKEN OR DEFECTIVE WOOD FLOOR TILES IN THE 1st ROOM FROM EAST LOCATED AT APT 2A, 2nd STORY, 2nd APARTMENT FROM SOUTH AT WEST | 10/14/2022 | 09/13/2022 | 10/28/2022 |

You can go on-line to   www.nyc.gov/hpd   for more information about pending violations on this property, violation class and corrected by / certify regulations.

### CLAIM OF UNCORRECTED VIOLATIONS

I HAVE CIRCLED THE VIOLATION NUMBERS THAT HAVE NOT BEEN CORRECTED.

_____     _____     _____

OCCUPANT'S SIGNATURE          DATE SIGNED       CONTACT PHONE #

[REP:1291]

Cycle DT:    09/16/2022



Don Genaro <radiante11111@gmail.com>

## Stolen Mail
2 messages

**Don Genaro** <radiante11111@gmail.com>                                Wed, Jul 25, 2018 at 8:52 PM
To: schwarzman@blackstone.com

July 25, 2018

The Blackstone Group
Attn. Stephen A. Schwarzman,
Chief Executive Officer
345 Park Avenue
New York, N.Y. 10154

Dear Mr. Schwarzman:

In January 2017 your company purchased the apartment complex where I live, Kips Bay Court.

I was already the plaintiff of civil rights lawsuit 16CV2362 in the Southern District of New York federal court against the former owner, Bellevue South Associates (BSA).

During BSA's ownership their employees tried to intimidate and prevent me from prosecuting the case by stealing my mail, especially documents sent by other defendants.

Your company continued the employment of these individuals despite being aware of my lawsuit and the role played by BSA employees such as Elijah Smalls who as Superintendent is also in charge of all mail delivery operations in the complex.

Your company ignored my complaints about your employees stealing my mail, and preserving an illegal coal oven and chimney, as an attempt to intimidate and prevent me from prosecuting case 16CV2362.

I recently filed lawsuit 18CV6434 against your company.

Today at about 4:00 PM one of your employees gave me an Overnight Delivery envelope of about 300 pages sent on May 9, 2018 by one of the defendants in case 16CV2362.

Please, stop stealing my mail.


Wilfredo Torres
470 Second Avenue  Apt.2A
New York, N.Y. 10016
Tel. 212-447-1747

cc:

David Sorise


**Don Genaro** <radiante11111@gmail.com>                                Wed, Jul 25, 2018 at 8:52 PM
To: David Sorise <dsorise@pinnacleliving.com>